IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC WATERMAN, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>EXTERRAN CORP., MARK R. SOTIR, )<br>ANDREW J. WAY, WILLIAM M. )<br>GOODYEAR, JAMES C. GOUIN, JOHN P. )<br>RYAN, CHRISTOPHER T. SEAVER, )<br>HATEM SOLIMAN, and IEDA GOMES )<br>YELL, )<br>)<br>   Defendants. ) | Case No. 2:22-cv-01493 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 12, 2022

GRABAR LAW OFFICE

By: _____
Joshua H. Grabar (#5906953)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*